IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                                        PLAINTIFF

v.                                        Case No. 1:13-cr-10004

KWAME ALI ASKIA                                                                                                    DEFENDANT

**ORDER**

Before the Court is a First Report and Recommendation (ECF No. 185) ("First R&R") and Second Report and Recommendation (ECF No. 191) ("Second R&R") issued by the Honorable Barry A. Bryant, United State Magistrate Judge for the Western District of Arkansas.

In the First R&R, Judge Bryant recommends that Defendant's Motion for Nullification (ECF No. 179) and First Amended Motion for Nullification (ECF No. 180) be denied. Judge Bryant initially determines that these motions request that Defendant's conviction be overturned even though Defendant provides no legal basis for the request. Judge Bryant then concludes that there is no relief available under 28 U.S.C. § 2255 because Defendant is no longer in custody and no relief available under a writ of *coram nobis*, and thus recommends that these motions be denied with prejudice.[1]

After Judge Bryant issued the First R&R, Defendant filed two motions he entitled "First Amendment to Motion and Writ of Error Coram Nobis" (ECF No. 186) and "Second Amendment to Motion and Writ of Error Coram Nobis" (ECF No. 188). Judge Bryant addresses this second batch of motions in the Second R&R. Judge Bryant notes that the only discernible requests Defendant makes in these predominantly incoherent motions are for his conviction to be vacated or "nullified", for this matter to be transferred to the Northern District of Georgia, and for these

---

[1] Defendant did not raise this ground for relief in his first motions, but the Government raised it in response. ECF No. 184.

proceedings to be stayed. Judge Bryant again determines that there are no available grounds for vacating Defendant's conviction and that Defendant provided no basis for his two other demands. Therefore, Judge Byrant recommends that these motions also be denied with prejudice.

Defendant submitted what the Court interprets as an attempted objection to the First and Second R&Rs. ECF No. 194. However, even under a liberal construction, Defendant makes no comprehensible arguments or specifically addresses Judge Bryant's analysis. Consequently, the Court need only review Judge Bryant's recommendations for clear error. *See Thompson v. Nix*, 897 F.2d 356, 357-58 (8th Cir. 1990) (noting that a specific objection is necessary to require a de novo review of a magistrate's recommendation instead of a review for clear error).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court hereby adopts the First R&R (ECF No. 185) and the Second R&R (ECF No. 191) in toto. Accordingly, Defendant's various Motions for Nullification (ECF Nos. 179, 180, 186, and 188) are **DENIED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of October, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge